No. 3782.—Cordero, apda., *v.* Lastra et al., apltes. — C. D. Humacao. Nov. 12, 1925. Servidumbre. A la moción de la parte apelada solicitando la desestimación del recurso porque el escrito de apelación se dirigió a la corte . y no al

secretario y porque no se notificó a una de las partes interesadas, visto el caso de *Roig Commercial Bank* v. *Sucn. Lugo,* 34 D.P.R. 155, y apareciendo de la moción de oposición que la parte dejada de notificar no tiene interés en el pleito se declara no haber lugar a desestimar el recurso.